**Electronically Filed
Supreme Court
SCWC-23-0000017
04-DEC-2025
02:35 PM
Dkt. 13 OGAC**

SCWC-23-0000017

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST
BOSTON MORTGAGE SECURITIES CORP. CSMC MORTGAGE-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2007-6,
Respondent/Plaintiff-Appellee,

vs.

BONNIE I. SWINK and JACK SWINK,
Petitioners/Defendants-Appellants,

and

DEPARTMENT OF TAXATION, STATE OF HAWAI'I,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000017; CASE NO. 2CC141000702)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge DeWeese, assigned by reason of vacancy)

Petitioners Bonnie I. Swink and Jack Swink's

Application for Writ of Certiorari, filed on October 24, 2025, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, December 4, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Wendy M. DeWeese